■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT JENKINS, Appellant. [705 NYS2d 897] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered November 5, 1997, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The court's *Sandoval* ruling was a provident exercise of discretion (*see, People v Sandoval,* 34 NY2d 371).

The defendant's contention that the undercover officer's confirmatory viewing constituted an improper identification procedure is unpreserved for appellate review (*see,* CPL 470.05) and, in any event, is without merit (*see, People v Wharton,* 74 NY2d 921; *People v Hendricks,* 159 AD2d 396).

The defendant's remaining contentions are without merit. Mangano, P. J., Bracken, Luciano and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD JONES, Appellant. [705 NYS2d 901] —Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered August 4, 1998, convicting him of assault in the first degree and robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Altman, Friedmann, McGinity and Smith, JJ., concur.